IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES DALE CARROLL, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:23-cv-00076 |
| CENTRAL PENSION FUND, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate's Report and Recommendation, which was filed on February 28, 2024. (Doc. No. 10). Through the Report and Recommendation, the Magistrate Judge recommends that Defendants' motion to dismiss, or alternatively, for a more definite statement (Doc. No. 5) be granted and that this action be dismissed. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion to dismiss (Doc. No. 5) is **GRANTED** and this action is **DISMISSED**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE